UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDGAR PABLO MATIAS,

Petitioner,

v.

WARDEN OF OTAY MESA DETENTION CENTER, et al.,

Respondents.

Case No.: 3:26-cv-5573-CAB-MMP

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND**

[Doc. No. 1]

Petitioner Edgar Pablo Matias, an immigration detainee proceeding pro se[1], has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner claims that he has been detained by Immigration and Customs Enforcement ("ICE") since December 11, 2025 and so his detention has become unlawfully prolonged. Petitioner received a bond hearing on January 15, 2026; the immigration judge ("IJ") denied bond based on danger to the community since Petitioner has twice been arrested for driving under the influence. [Petition at 5–6.]

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter. The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

As the Ninth Circuit has explained, pursuing review of an IJ's bond determination through habeas review before appealing to the Board of Immigration Appeals ("BIA") is an improper shortcut. *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011). Petitioner should exhaust his administrative remedies by appealing to the BIA and receiving a decision before he petitions this Court via a habeas petition. The Court therefore **DISMISSES** the Petition **WITH LEAVE TO AMEND** once Petitioner appeals the bond decision and receives a decision from the BIA.

<u>The Clerk of the Court shall close the case.</u> If an Amended Petition is filed, the Court will reopen the case.

It is **SO ORDERED**.

Dated: October 5, 2026

Hon. Cathy Ann Bencivengo
United States District Judge